(Reap. Dec. 9205)

PATRICK & GRAVES v. UNITED STATES

Entry No. 2665 H.

(Decided August 13, 1958)

*Stein & Shostak* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to three used automobiles exported from West Germany and entered at the port of Houston, Tex.

Stipulated facts, upon which the case is before me, establish that the proper basis for appraisement of these articles is export value, as defined in section 402 (d), of the Tariff Act of 1930, and that such statutory value for the merchandise is $1,000 per car, f. o. b. Hamburg, and I so hold. Judgment will be rendered accordingly.